1182

No. 03–876. JOHNSON v. FRANCHISE TAX BOARD OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–880. PIEPER v. AMERICAN ARBITRATION ASSN. ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–881. ALLEN v. CITY OF POCAHONTAS, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–885. STINSON v. BUTLER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–889. MCBRIDE v. GALLEGOS. C. A. 10th Cir. Certiorari denied.

No. 03–893. LATNER v. DELTA-HA, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–894. KUZMA v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 03–896. DICK v. TOWLES. C. A. 7th Cir. Certiorari denied.

No. 03–900. PIERCE v. CITY OF EVERGREEN, ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 03–901. ONYX ACCEPTANCE CORP. v. LAMPLEY. C. A. 7th Cir. Certiorari denied.

No. 03–902. BABIN v. DARCE. Ct. App. La., 1st Cir. Certiorari denied.

No. 03–904. AIRTRAN AIRWAYS, INC. v. BRANCHE. C. A. 11th Cir. Certiorari denied.

No. 03–905. RUTCH v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 03–906. O'BRIEN v. CITY OF HACKENSACK, NEW JERSEY. C. A. 3d Cir. Certiorari denied.